456 F.2d 1311
 R. W. GALLAHER et al., Plaintiffs-Appellants,
v.
H. W. PHILLIPS and Mrs. Lois F. Phillips, Defendants-Appellees.
 No. 71-2019.
 United States Court of Appeals,
Fifth Circuit.
 April 21, 1972.
 
 James W. Nobles, Jr., Jackson, Miss., Jack F. Dunbar, Clarksdale, Miss., Bobby G. Perry, Southaven, Miss., Ross R. Barnett, Sr., Jackson, Miss., for plaintiffs-appellants.
 A. Cinclair May, Sardis, Miss., Max D. Lucas, Jr., Memphis, Tenn., John Whitten, Jr., Sumner, Miss., J. W. Kirkpatrick, Memphis, Tenn., for defendants-appellees.
 Before GOLDBERG, DYER and SIMPSON, Circuit Judges.
 PER CURIAM:
 
 
 1
 This cause is ordered affirmed by the Court from the bench at oral argument, at the close of appellants' argument.